Garla Freeman
Garland Freeman
630 West State Street Apt 806
Trenton, NJ 08618
609-928-6305
609-826-6072
Garlarenee2016@yahoo.com

REC'D JAN - 9 2026

01/04/2025

James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

To whom it may concern:

We are shocked, appalled and dismayed that our case was closed. We have lost so much over the past few years. We would like to appeal the decision based on some factors. We are going to explain each fact in detail. First, we are dealing with the loss of our friends and my mother, Carolyn Gilliam. We were best friends, we were always connected. We helped her every day and she rarely went to the doctors or the hospital before she was forced to go to the hospital by defendant, Melissa Genovay and defendants Jamar, Tameka and Terrence Gilliam. This was a violation of civil rights and discrimination. Carolyn Gilliam was discriminated against by Melissa Genovay's relatives.

My mother, Carolyn Gilliam, has passed away. We are dealing with extreme depression and anxiety. We, the, (plaintiffs) are disabled and sick. We were together every day. We have dealt with racism, discrimination, lack of civil rights (federal crimes), deaths, hate crimes, robbery, theft, bank fraud crimes, over the years. These are federal crimes. There was so much hate and animosity directed towards us, over the years, we are shocked that we survived. We were each other's main support. My other siblings rarely helped us. The defendants caused more trouble. The defendants, Melissa Genovay, included, violated our civil rights when her and Terrence Gilliam's decisions making caused my mother to die. Melissa Genovay is related to Dr .Gurvan Blackman, Dr. Mangaracina and the employees at Capital Health hospital, Springs Acute Care, Preferred Care, Robert Wood Johnson hospital ,in Hamilton, NJ ,who harmed and killed my mother.

Dr. Mangaracina had given my mother salt tablets that caused a severe stroke, my mother was stabbed, with several catheters, in her neck. She was also overmedicated with morphine which was suggested by Melissa Genovay, and my half- brother Terrence Gilliam. She had problems with her catheter placements. They failed to repair her injuries. They banned me (Garla Freeman)from the hospital, due to lack of civil rights. The defendants had burglarized our home and wanted my mother and us to die because she was a key witness to their bank fraud and theft. Jamar had stolen the keys to our home and had taken $4,000,000, sharing it with Terrence, Tameka Gilliam and their accomplices. Federal crimes are being committed by the banks that allows the defendants to keep their fraud bank accounts.

The employees, at the banks, know of the defendants. We have filed complaints against them, however, their fraud accounts are still open. Again, they have committed theft from our home. Weichert, the Hamilton police  Trenton police and others have violated our civil rights when they closed our home and got rid of pertinent evidence in regards to our wealth. The, Caucasian, officers are related to the defendant Melissa Genovay. When our(plaintiffs) home was robbed, by the defendants, my mother's heart valves were torn, by Dr. Gurvan Blackman, and she was given, excessive, salt tablets, by Dr.Mangaracina, the Trenton police and Hamilton police did not help us with  police reports. They violated our civil rights. No one has been linked to bank accounts, at 125 Tyler Street, except, plaintiffs, Garla Freeman and Garland Freeman.

Secondly, this case involved crimes concerning banks and mail theft by the defendants. The defendants have stolen statements belonging to the USPS. These statements and checks were given to us by USPS, Wells Fargo, PNC Bank and other financial institutions. It was a federal crime to steal these checks and statements. We have worked several places over the years. We have had, several, different, bank accounts, from Commerce, Wells Fargo, PNC Bank, and the Hamilton Credit Union. We also have won over a million dollars with Vanguard. There were also other stock accounts. They have violated our civil rights by not providing evidence towards our case and proving that we(plaintiffs) were rich. I , Garla Freeman, was a POD and or joint member on every bank account.

I , Garla Freeman, was my parents sole supporter since a child. My parents were married and they also accumulated money through lawsuits. We were the victims of vehicular crimes. The funds were given to us by Trans America, Allstate Insurance and /or court appearances. Trans America, Monumental, and Allstate insurance violated our civil rights because we did not receive enough money for our claims.
We accumulated over $4,000,000, before we were robbed, in 2020, by the defendants. It's not

possible to obtain those banking statements because the house was repossessed. The bank and the $700,000 insurance policy can be investigated. The insurance company violated our civil rights when they could not provide statements from 1980s until now. They were also not concerned about our health (the plaintiffs) and my mother's health/wellbeing after these accidents.

We cannot find every statement to prove these facts, neither can the defendants prove where they received their money, because they are criminals. We have video of them taking bags from, our home, in November 2020 and there was nothing we could do to stop them. The police officer was related to, the defendant, Melissa Genovay. Their bank accounts will have a significant increase. They have the money within their home as well. There should be an investigation done. The defendants might commit to the crime and return the money if there are court appearances.

Next, since these crimes have taken place, we, the plaintiffs(us), are getting harassed and my mother was murdered. We are dealing with additional, serious, health issues. The defendants, these criminals(employees), at the hospitals and medical facilities, were responsible for my mother's death. Due to the bank theft, my father and our lives are at risk. The defendant, Melissa Genovay and her relatives, who work, at the police stations, Capital Health and other hospitals are violating our civil rights because they are giving us unnecessary blood transfusions and other treatments to harm or kill us.

We were forced to have, deadly, blood transfusion and treatments that may have serious, health, consequences later. The defendants, Melissa Genovay, half-brothers and half-sister (Terrence, Jamar and Tameka) related to me, by my mother, wanted us (plaintiffs)to die because of their stolen funds. They were allowed to make deadly decisions to give me a blood transfusion, to give my mother a, dangerous, catheter, in her neck, and they were also given permission to amputate Garland Freeman's, father's, foot. After our civil rights were violated, and we were contaminated, they allowed us to leave the hospital. The defendants should be questioned about their bank transactions,and whereabouts, in November 2020, before, we, the plaintiffs, are killed, by their associates, at the police stations,  hospitals, mental facilities and other places.

After the forced transfusion, by Melissa Genovay's relatives, I may have a serious infection. I was always healthy and HIV negative before the blood transfusion. Now, we may need

money for, serious, medical treatment later. Blood donors are not screened for HIV. I, Garland Freeman, had my foot amputated, for no reason, by Capital health. Several of my relatives have died under the care of Capital Health and other hospitals, in Mercer County, since the robbery. They violated our civil rights. PNC bank, the Mercer County Credit Union, Vanguard and Wells Fargo should have some records of our funds. We used to keep large sums of money, in there, before everything, it was placed, into the home.

I, Garla Freeman, have been harassed online, People have violated our (plaintiffs)civil rights by calling us N*ggers, on the phone, after the robbery of our home. Melissa Genovay' s relatives and other assailants were the culprits. This has led to health concerns and other stress. Again, we (plaintiffs) were beaten and my (Garland Freeman) foot was amputated for unknown reasons.
In 2021, I (Garland Freeman) fell down a flight of stairs and we are depressed. No one is concerned about our heath or finances. We are trying to get the resources we need to live a better life. We(plaintiffs) try to help people and make other lives better. We were rich and each of our assets were stolen.

The defendants may decide to return the funds, if there is some type of court date. There are cameras near Trenton Transit Center and Trent Center East apartments to show them breaking and entering the home, on 125 Tyler Street, in Trenton, NJ. I , Garla Freeman , have videos of their breaking and entering. The police did not help.
We may seek legal counsel for this case. I have asked a few lawyers; however, they were not very supportive and they sounded really ignorant over the phone. We would like to have this case appealed because we are suffering and our life savings were stolen.

Conclusion,
We have nothing. We have no monetary funds. We need some type of compensation for violation of civil rights, discrimination and funds that have been robbed and or stolen over the past thirty to forty years. We are being harassed. We may die, or pass, way sooner, if we do not get the funds that the defendants have lied about and taken. Their bank accounts should indicate an increase, caused by the robbery, that they have done, in November 2020. Please reconsider the case. Our civil rights are being violated. Here are some of the federal crimes that were committed, we could not list them all. Again, we plan on getting legal aid or someone to help us with the case.

**Civil Rights Act of 1964:** Prohibits discrimination based on race, color, religion, sex, and national origin (Titles II, VI, VII).

**Americans with Disabilities Act (ADA) (1990):** Prohibits discrimination against individuals with disabilities.

<u>18 U.S.C. § 241 & 242</u>: Criminal civil rights statutes covering conspiracy against rights and deprivation of rights under color of law

Sincerely,

Garla Renee Freeman

Garland Leroy Freeman

Explanation of Photos

In these, two, photos my mother is very dehydrated. The physicians, at Robert Wood Johnson, had damaged her neck, and, they also left her without nutrients. We filed complaints with Trenton and Hamilton police, in Hamilton, New Jersey and Trenton, NJ, and they did nothing to help us. After, Carolyn Gilliam, she was stabbed, multiple times, in the neck, by Dr. Gurvan Blackman, they allowed her to drink and eat. They violated our civil rights. This action did not make any sense. This contributed to further destruction of her neck that was torn and destroyed by Dr. Gurvan Blackman. She died, in a few months, from this injury. There was meat and tissue being gauzed, from her neck, at Robert Wood Johnson hospital, after she was stabbed by Dr. Gurvan Blackman. She did not need to have a catheter placement in her neck. Her heart rate was perfect before, the catheter placement by, Dr. Gurvan Blackman. The defendants (my half siblings) agreed to this treatment, in order to harm my mother, because they have dated or are associated with criminals, who work, at Springs Acute Care, Robert Wood Johnson, Preferred Care, and Hamilton Police in NJ. There are also assailants copying both my mother's phone number and my phone number.





Explanation of Photos

In this photo that is dated, on October 16, 2025, my leg was swollen. The infected blood had swelled one of my legs. This is an indication that I did not need blood. The donors are not screened for HIV.

**Henry J. Austin Health Center, Inc.**
321 N. Warren Street
Trenton, NJ 08618
609-278-5946

### OraQuick Test Result

| Name: | CTS # (attach label from CTS form) |
|---|---|
| | |
| Test Date: | Time of Test: |

| Test Result (check one) | |
|---|---|
| Negative | |
| Preliminary Positive | |
| Invalid | |

**Meaning of a negative HIV Antibody test:**
A negative test means that you do not have antibodies to HIV in your body at this time. This could mean one of three things:

1. You have not had contact with HIV and you are not infected with HIV; or
2. You have had contact with HIV, but you have not become infected. However, if you continue to have contact with HIV, you may become infected in the future; or
3. You are infected with HIV, but when you took the test your body had no produced antibodies to the virus. Most people produce antibodies 3-12 weeks after becoming infected with the virus. Some people take much longer, perhaps 6 months. Rarely someone may take longer than 6 months.

**Meaning of a Preliminary Positive HIV Antibody Test:**
A preliminary positive result suggests that antibodies to HIV may be present in your blood. Another test is being done to confirm the OraQuck test result. You are also encouraged to take precautions to avoid any chance of spreading HIV until your test result is confirmed.

Put original copy in Chart
Give copy to client
If invalid, place 1 copy of this form in chart and begin again (new specimen, new forms, etc.)



Garla Freeman
Leg photo
after blood
transfusion

Explanation of Photos

In this photo, my mother was given excessive salt tablets and a diet high in protein. She was a larger woman and she did not require this type of diet. Dr.Mangaracina is related to, the defendant, Melissa Genovay and he wanted to kill my mother, Carolyn Gilliam, along with the other defendants and employees. Terrence Gilliam, Jamar Gilliam, Tameka Wright Gilliam and Melissa Genovay were the only people allowed to make decisions and she later developed a stroke and she could not talk.



SAT 03...
Truck 3 E Hall

Regular - Renal
Thin liquids
Double Protein NAS

| | |
|---|---|
| 8oz | Spaghetti & Meatballs w/Alfredo Sauce |
| 1cup | Garden Salad w/Dressing |
| 4oz | Chilled Pears |

**Tray Notes:**

**Instructions:** Doublee Protein

**Dislikes:** Pork, Broccoli, Tomato Products, Potatoes, Egg Salad, Tuna, BBQ Sauce

Apple Juice Cup - 4oz

Hot Tea - 8oz

GILLIAM, CROLYN

North                    216 A

Garla Freeman

We are going to sue Preferred Care and Dr. Mangiaracina for the amount of $4,000,000. This passage was written in February 2024, during her stay at Preferred Care. My mother has developed several health problems while at Preferred Care in Hamilton, NJ. Dr. Mangiaracina's health regimen for my mother was horrible. First, my mother is being forced to exercise and she has developed a stroke. She also has seizure-like movements. She improves without the salt tablets. Usually, stroke victims speak weirdly. She is blabbering stranger than usual. She cannot talk. She is also grunting. She had breathing difficulties. She has also developed severe dehydration and pneumonia. She was perfectly healthy before she entered the facility. You would have to speak with her. Her room number is 216. Cameras can prove her changes in health.

Moreover, I am not sure if the exercise supervisor as well as the other staff are mentally stable. Her doctor is also not mentally stable. If he does not like other American minorities he should not be working with Black Americans. The medication is also making her way too exhausted. One of the nursing assistants thought that she would pass away. He has been giving my mother multiple sodium tablets when she already has high blood pressure. On one reading by the nurse, her pressure was 240/100. Again, the baking soda neutralizes or destroys the effects of the high blood pressure medication. She improves her health without baking soda or sodium bicarbonate. Dr. Mangiaracina was not prescribing any of her old medications for thyroid or high blood pressure. Her health is not improving, it's worsening. I complained to the Ombudsman however the doctor and the nurses continue to give her salt tablets when I am not there.

Dr. Mangiaracina has over 30 years of experience, just as he knows how to administer medication to heal someone. He also knows how to harm someone. My mother cannot barely use her arms and legs and her thinking is now impaired. I believe that he is racist towards American blacks. The four sodium tablets have also caused her to have a stroke. She may die soon if someone does not help. My mother can barely talk. She is drooling. She is developing so many symptoms. She now cannot use her arms. She also has acute pain in her body, why is she exercising? Dr. Mangiaracina has not properly diagnosed her. His care is not satisfactory. She wants to consult with a new doctor. She said that he never made visits to her room. He was concocting a plan to murder my mother.

Additionally, she feels horrible after working out, yet, the exercise supervisor says that she has to work out five days a week. Her body is achy and sore all over. My mother wants to transfer to another facility. She needs the transfer as soon as possible. A facility in Ewing, NJ is a better alternative. She wants to go home. Why are they holding her captive? I am filing a lawsuit. They were also placing my mother on a Hoyer lift incorrectly and they were taking too long to transfer her to the bed. They were also using broken machines and they needed to place the straps on the Hoyer lift correctly.

What if she would have fallen out of the Hoyer lift? Why are they not being evaluated?

Also, when I bring my mother products to help her health, the nursing staff throws things away. Why are they throwing her items away? The nurses rarely visit my mother's room to evaluate her health. She has developed bed sores on her legs. And

when giving her treatment for her bed sores, she was administered an excessive amount of bacterial spray. She became sleepy.They are trying to murder her at this nursing home, especially the exercise physicians. The dietician is also not allowing her to choose her meals. They barely wanted her to use the microwave if I bought dinners there. On the menu, she is also given         an excessive amount of seafood, rice, ~~and~~ *protein and* salt(sodium tablets) which may cause constipation. She is allergic to seafood. She is also very sleepy and may pass away soon. They have restricted, her from eating cheese, potatoes, and tomato sauce. These three types of food are for our blood type.

She is not eating anymore and they are enforcing medication. Now that she has an untreated stroke and has developed a seizure, she has difficulty eating and she may choke on her food. Many things can happen if she is not treated for her stroke. The water is also not filtered very well as I have also developed memory and digestive illnesses.

The combination of all these factors is going to murder my mother. The commute is also dangerous for me and I'd like to transfer her to another facility near where I live however, employees at Preferred Care keep telling me that I'm not on the list to speak with regarding her health so they can continue harming my mother Carolyn Gilliam.

Please help me with this matter.

Moreover, the other night the staff forced me to walk around the back of the building where cars and trucks drive. I have asthma and problems walking, they should not have forced me to walk around the back of the building. I could have been killed

or struck by a vehicle. A car almost hit me. I called the ambulance for my mother, in

Hamilton, NJ, twice. Some of the staff and ambulance dispatch refused to send my

mother to the hospital on February 26, 2024, and another date. I called the ambulance

in Hamilton, NJ around 5:45 pm and they refused to transport her. I wanted her to go

to Cooper Hospital. She looked horrible. They told me to leave. They could exacerbate

her health symptoms. It is sad to say that she was very ill and they would not care for her

properly. An additional instance, is when my mother called the hospital because she had developed a severe urinary tract infection while at Preferred Care. She left the nursing home on March 30 or 6th.

Employees at Preferred Care keep insisting that I speak with Terrence Gilliam so that

they can continue to harm my mother, Carolyn Gilliam, at Preferred Care in

Hamilton, NJ. Why are the social worker, administration, and the director of nursing, at

Preferred Care, not putting me on the list as a point of contact? What is even scarier is that a

representative from the Ombudsman is related to an employee at Preferred Care. The

ombudsman is not helping me as well. My mother told me that I could be a medical POA and

make financial/financial/health decisions for her at this time. She has reviewed the complaint

and she has allowed me to give this to the police station and or court.

I, Garla Freeman, have suffered from severe depression, anxiety, heart palpitations and

other illnesses since not being able to visit my mother. There was improper care at this facility.

I have not been able to concentrate and it is difficult to cope. We were best friends, and she

helped me to achieve everything in life. I no longer have her and my father's support and my

life is in turmoil. We are going to sue for the amount of $4,000,000 for pain and suffering. Dr.

Mangiaracina Ahtiaearian was not a very adequate doctor and there are several reasons why he should not

have a degree in medicine any longer.

